PER CURIAM.
Affirmed. See Morella v. Brown, 425 So.2d 123 (Fla. 4th DCA 1982); Sun Charm Ranch, Inc. v. City of Orlando, 407 So.2d 938 (Fla. 5th DCA 1981); Pfister v. Parkway General Hospital, 405 So.2d 1011 (Fla. 3d DCA 1981), review denied mem., 413 So.2d 876 (Fla.1982); Swan v. Florida Farm Bureau, 404 So.2d 802 (Fla. 5th DCA 1981); O’Neal v. Pine Island Fish Camp, Inc., 403 So.2d 980 (Fla. 1st DCA 1979); Quinn v. Millard, 358 So.2d 1378 (Fla. 3d DCA 1978); Warning Safety Lights, Inc. v. Gallor, 346 So.2d 92 (Fla. 3d DCA 1977), cert. denied mem., 355 So.2d 518 (Fla.1978); Schwab v. Tolley, 345 So.2d 747 (Fla. 4th DCA 1977); Inter-American Transport Equipment Co. v. Frank, 227 So.2d 699 (Fla. 3d DCA 1969); Ecker v. National Roofing of Miami, 201 So.2d 586 (Fla. 3d DCA 1967); Atlantic Coast Line Railroad v. Ganey, 125 So.2d 576 (Fla. 3d DCA 1961).